**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 12, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-30387
Summary Calendar

CONNIE BROUSSARD; ET AL.,

Plaintiffs,

CONNIE BROUSSARD,

Plaintiff-Appellant,

versus

CITGO PETROLEUM CORP.,

Defendant-Appellee.

Appeal from the United States District Court for
the Western District of Louisiana
(USDC No. 04-30387)

Before REAVLEY, BARKSDALE and GARZA, Circuit Judges.

PER CURIAM:[*]

The district court properly dismissed Broussard's claims as res judicata

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

requires that these claims could and should have been adjudicated in the prior proceeding.  United States v. Shanbaum, 10 F.3d 305, 310 (5th Cir. 1994); Woods Exploration and Producing Co. v. Aluminum Co. of America, 438 F.2d 1286, 1312-13 (5th Cir. 1971).

AFFIRMED.